IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC, et al. | : | NO. 16-1650 |

ORDER

AND NOW, this 12th day of July, 2016, upon consideration of the Rule 16 conference held in Chambers this day, it is hereby ORDERED that the parties shall REPORT whether they have settled this matter by noon on August 9, 2016.[1]

BY THE COURT:

/s/ Stewart Dalzell, J.

---

[1] The parties may so inform the Court via facsimile, 215-580-2156. If the parties would like to attempt settlement discussions before the Honorable Jacob P. Hart, they may notify us via facsimile.