IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC, et al. | : | NO. 16-1650 |

ORDER

AND NOW, this 10th day of August, 2016, upon consideration of the parties' letter, received in Chambers via facsimile, requesting additional time to engage in direct settlement discussions, it is hereby ORDERED that the parties shall REPORT whether they have settled this matter or whether they would like to participate in a settlement conference by noon on August 30, 2016.[1]

BY THE COURT:

/s/ Stewart Dalzell, J.

---

[1] The parties may so inform the Court via facsimile, 215-580-2156. If the parties would like to attempt settlement discussions before the Honorable Jacob P. Hart, they may notify us via facsimile.