IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., et al. | : | NO. 16-1650 |

ORDER

AND NOW, this 31st day of August, 2016, upon consideration of the plaintiff's letter requesting a schedule for discovery and the defendants' letters requesting a judicial settlement conference, it is hereby ORDERED that:

1. The parties shall COMPLETE discovery by October 26, 2016;

2. At the conclusion of discovery, and in accordance with Local R. Civ. P. 72.1 and 28 U.S.C. § 636(b)(3), this case is REFERRED to the Honorable Jacob P. Hart to attempt to resolve the claims in this matter;

3. The parties shall COOPERATE in accordance with Judge Hart's instructions and shall make every effort to meet with him at his earliest convenience after the close of discovery;

4. Further proceedings before this Court are STAYED pending the outcome of discussions before Judge Hart; and

5. Further scheduling shall ABIDE the parties' report of their settlement discussions before Judge Hart.

BY THE COURT:

/s/ Stewart Dalzell, J.