IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., et al. )<br>)<br>Defendants. ) | Civil Action No. 16-1650 |

FILED
OCT 26 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

## JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE

AND NOW, this 21st day of October, 2016, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff James Everett Shelton and Defendants Experian Information Solutions, Inc. and Southwest Credit Systems, L.P., that the discovery deadline is hereby extended from Wednesday, October 26, 2016 through Wednesday, November 23, 2016.

s/ Gregory Gorski
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600
ggorski@consumerlawfirm.com

Counsel for Plaintiff

/s/ John Paul Putney
JOHN PAUL PUTNEY
**JONES DAY**
500 Grant St.
Suite 4500
Pittsburgh, PA 15219
412-391-3939
jputney@jonesday.com

Counsel for Defendant
Experian Information Solutions, Inc.

/s/ Justin M. Tuskan
JUSTIN M. TUSKAN
**METZ LEWIS BRODMAN MUST O'KEEFE LLC**
535 Smithfield Street
8th Floor
Pittsburgh, PA 15222
412-918-1100
jtuskan@metzlewis.com

Counsel for Defendant
Southwest Credit Systems, L.P.

APPROVED BY THE COURT:

Date: October 26, 2016        _____
                              STEWART DALZELL   U.S.D.J.

**ENTERED**

OCT 2 6 2016

**CLERK OF COURT**