**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND PAY COSTS**

# EXHIBIT 10

*April 15, 2016 Facebook Post from Plaintiff [Shelton – 13]*

April 15 · Cleveland, OH

So now I must resort to federal court to solve an issue that shouldn't have happened in the first place. An black mark was placed against my credit report for a 3-year old "debt" that I did not owe, and as a result, my credit score tanked. So now I'm going up against a major credit bureau, Experian, who will undoubtedly have some of the best lawyers out there, and it's going to be interesting to see if I win. One thing is for sure- not many people my age have gone to Federal Court! It's going to prove very interesting, possibly even profitable. But it's not just about making a few dollars. It's about sticking it to the collections agency that made the mistake and reported it to the credit bureau. Now, I'm going to force them to spend thousands in Attorney's fees, and that alone is worth it to me. Next time, maybe they'll be more careful to not screw someone's credit over when they did nothing wrong.

 Like     Comment     Share

 Connor Howlin, Tom Robert and 5 others

 **Daniel Oates** Wish all of the luck with you.
Like · Reply · April 15 at 8:33pm

 **Treci TooCool Butler** Good luck man
Like · Reply · April 15 at 9:58pm

 **Robert Bahn** Good luck brother.
Like · Reply · April 16 at 6:00pm

 Write a comment...    Shelton 013