**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND PAY COSTS**

# EXHIBIT 11

*December 2, 2016 Email from Greg Gorski*



**Re: Shelton v. Experian Information Solutions, Inc., Case No. 16-1650 (EDPA)**

Gregory Gorski <ggorski@consumerlawfirm.com>  to: John Paul Putney  12/02/2016 11:01 AM

History: This message has been replied to.

Hi John,

I have a copy of the Facebook post. I'l send you a copy of that later today.

I checked with my client and he has no text messages related to the case.

I don't understand what you are seeking from an amendment to 7, 8, and 9, you already have testimony under oath on the subject and you know that the only think he previously applied for was the Capital One credit card that he currently has. If you want to discuss that further you can call me.

GG

> On Nov 30, 2016, at 5:11 PM, John Paul Putney <jputney@jonesday.com> wrote:
>
> Greg--
>
> Please see the attached correspondence in the above referenced matter.
>
>
>
> Regards,
>
> John Paul Putney
> Associate
> **JONES DAY® - One Firm Worldwide℠**
> 500 Grant Street
> Suite 4500
> Pittsburgh, PA 15219
> Office +1.412.394.9593
> Cell +1.412.228.0823
> Fax +1.412.394.7959
> JPutney@JonesDay.com
>
>
> ==========
> This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
> ==========
>
> <NAI_1502288407_1_(Shelton) 2016.11.30 J. Putney Ltr. to G. Gorski re failure to respond to discovery.PDF>