**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND PAY COSTS**

# EXHIBIT 13

*December 2, 2016 Email from Greg Gorski regarding Mr. Shelton's objection to place of deposition*



**Re: Shelton - Plaintiff's Father's Deposition Location**
John Paul Putney/JonesDay   to: Gregory Gorski           12/09/2016 04:18 PM
4-9593

Greg--

Mr. Shelton was first subpoenaed almost four weeks ago for a deposition that was to have taken place almost three weeks ago.  We agreed to the date, December 15th, because you proposed it on behalf of your client--the deponent--and at a location not far from his primary residence.  I understand that being deposed inevitably entails some disruption to Mr. Shelton's busy schedule, but coming downtown seems fairly reasonable given that Mr. Shelton is not the only person affected and that most of the people participating in the deposition will be traveling much farther than Mr. Shelton.

Thanks,

John Paul Putney
Associate
**JONES DAY® - One Firm Worldwide℠**
500 Grant Street
Suite 4500
Pittsburgh, PA 15219
Office +1.412.394.9593
Cell +1.412.228.0823
Fax +1.412.394.7959
JPutney@JonesDay.com

---

| Gregory Gorski | Hi John, Since it appears the deposition of Plaint... | 12/08/2016 04:18:03 PM |

From:     Gregory Gorski <ggorski@consumerlawfirm.com>
To:       John Paul Putney <jputney@jonesday.com>
Date:     12/08/2016 04:18 PM
Subject:  Shelton - Plaintiff's Father's Deposition Location

Hi John,
Since it appears the deposition of Plaintiff's father is going to end up going forward, Mr. Shelton has a busy work schedule and would like the deposition to be conducted in King of Prussia, which I think is reasonable. Can you advise regarding the location you would like to conduct the deposition in or near King of Prussia.
GG


**Gregory Gorski, Esquire**
**Francis & Mailman, P.C.**
Land Title Building, 19th floor
100 South Broad Street
Philadelphia, PA 19110
P 215.735.8600
D 267.234.4240
F 215.940.8000

E ggorski@consumerlawfirm.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========