**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND PAY COSTS**

# EXHIBIT 15

*Plaintiff's Initial Disclosures served on June 30, 2016*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JAMES EVERETT SHELTON** ) | |
| ) | **Civil Action No. 16-1650** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff states as follows:

**A**.    **Knowledgeable Persons**

Without waiving any objections, Plaintiff states that the following persons are reasonably likely to have information bearing significantly on the claims and defenses in this matter:

1.    James Everett Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406;

2.    Plaintiff's father, James William Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406;

3.    Representatives from Experian Information Solutions, Inc.;

4.    Representatives from Southwest Credit Systems, L.P.;

5.    All existing and prospective credit grantors who reviewed Plaintiff's credit report or file;

6.    All persons identified by Defendants in their Initial Disclosures.

**B.      Documents**

Without waiving any objections, Plaintiff refers Defendants to the document Bates labeled SHELTON - 001 through SHELTON - 008 which are in Plaintiff's possession and likely to bear significantly on the claims and defenses in this matter.

**C.      Damages**

Plaintiff claims the following damages: (1) statutory damages under the FCRA and FDCPA; (2) actual/compensatory damages in the nature of credit defamation; (3) actual/compensatory damages in the nature of emotional distress, including anxiety, frustration, embarrassment, humiliation, etc.; (4) punitive damages; and (5) attorneys' fees and costs.

These damages suffered by Plaintiff are well recognized as cognizable under the FCRA and FDCPA, and related common law claims.  There is no "computation" for damages under categories 2, 3, 4, and 5, *supra*, other than their valuation by a jury.

Finally, attorney's fees and costs under category 6, *supra*, will be determined via fee petition based upon counsel's lodestar when Plaintiff is successful in establishing liability in this matter.

**D.      Insurance**

Not applicable.

As investigation and discovery in this matter is ongoing, Plaintiff reserves the right to supplement these disclosures pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, if necessary.

**FRANCIS & MAILMAN, P.C.**

_____
GREGORY GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

Dated: June 30, 2016