IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 16-1650 |
| : | |
| EXPERIAN INFORMATION : | |
| SOLUTIONS, INC., et al., : | |
| Defendants. : | |
| : | |

### O R D E R

**AND NOW**, this 13th day of December, 2016, upon consideration of Defendant Experian Information Solutions, Inc.'s Motion to Compel Plaintiff's Discovery Responses and Pay Costs (Doc. No. 26), it is hereby **ORDERED** as follows:

1. The Motion to Compel (Doc. No. 26) is **GRANTED**;
2. Plaintiff shall **PROVIDE** full and complete responses to Experian's First Set of Interrogatories;
3. Plaintiff shall **PRODUCE** all documents responsive to Experian's First Requests for Production;
4. Plaintiff shall **PERMIT** inspection of his cell phone, personal email and social media accounts by a forensic analyst for the purpose of identifying and collecting responsive information, or determining whether such information once existed but no longer exists; and
5. Experian shall **FILE** a brief detailing fees and costs incurred in bringing this Motion and completing the forensic examination on or before **December 29, 2016**. Plaintiff may respond on or beofore **January 6, 2017**.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.